IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN GLENN-SPEIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-387-WKW |
| | ) | [WO] |
| THE UNITED STATES | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 26, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 28.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 28) is ADOPTED.

(2) The Motion to Dismiss (Doc. # 2) is GRANTED, and the claims against the United States Department of Veterans Affairs and Birmingham VA Medical Center Affairs are DISMISSED for lack of subject matter jurisdiction.

(3) The court declines to exercise jurisdiction over Plaintiff's remaining state-law claims, and this case is REMANDED to the Circuit Court of Montgomery County, Alabama.

(4)   Plaintiff's filings—Motion to Dismiss Defendants' Motion to Dismiss (Doc. # 18), Motion to Dismiss Defendants' Motion to Dismiss (Doc. # 23), Motion for Default Judgment (Doc. # 25), Motion for Default Judgment (Doc. # 29), and Motion for Reconsideration (Doc. # 30)—are DISMISSED as MOOT.

(5)   This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 21st day of June, 2023.

                                            /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE